WILLIAM A. VAN METER, ESQ.
Nevada State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89513
Telephone: (775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>SHARLENE MARIE EVENSON<br>BRYAN LANE EVENSON,<br><br>      Debtors.<br>_____ / | CASE NO. BK-N 21-50748-NMC<br>CHAPTER 13<br><br>**TRUSTEE'S OBJECTION TO AMENDED**<br>**CLAIMED EXEMPTIONS**<br><br>Hearing Date:  TBD<br>and Time:      TBD<br>(Time Required – 1 Minute) |
|---|---|

The Trustee believes that the following claimed exemptions do not fall within the scope of the applicable exemption statute:

| **DESCRIPTION OF PROPERTY** | **CLAIMED LEGAL BASIS** | **VALUE OF CLAIMED EXEMPTION** |
|---|---|---|
| **Hunting Rifles, Handguns, Shotguns** | N.R.S. § 21.090(1)(i) | $1,000.00 |

(i)   All arms, uniforms and accouterments required by law to be kept by any person, and also one gun, to be selected by the debtor.

| **Checking – WF** | N.R.S. § 21.090(1)(g) | $45.22 |
|---|---|---|

(g)   For any workweek, 82 percent of the disposable earnings of a judgment debtor during that week if the gross weekly salary or wage of the judgment debtor on the date the most recent writ of garnishment was issued was $770 or less, 75 percent of the disposable earnings of a judgment debtor during that week if the gross weekly salary or wage of the judgment debtor on the date the most recent writ of garnishment was issued exceeded $770, or 50 times the minimum hourly wage prescribed by section 206(a)(1} of the federal Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 et seq., and in effect at the time the earnings are payable, whichever is greater. Except as otherwise provided in paragraphs (o), (s) and (t), the exemption provided in this paragraph does not apply In the case of any order of a court of competent jurisdiction for the support of any person, any order of a court of bankruptcy or of any debt due for any state or federal tax. As used in this paragraph:

DATED: January 19, 2022

                                                   /S/ WILLIAM A. VAN METER
                                                   William A. Van Meter, Trustee

**CERTIFICATE OF SERVICE**

      I, Katie Christ, swear under penalty of perjury that I am over the age of 18, not a party to the above action, and that on January 19, 2022, I Electronically Filed the attached **TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

Dated:  January 19, 2022                                        /S/ Katie Christ
                                                                                      Katie Christ

SILVIA U. VILLANUEVA, ESQ.
ADLER & VILLANUEVA, LLC
204 N. MINNESOTA ST., SUITE A
CARSON CITY, NV 89703

SHARLENE MARIE EVENSON
1940 DORI WAY                                              Served by First Class Mail
CARSON CITY, NV 89706

BRYAN LANE EVENSON
1940 DORI WAY
CARSON CITY, NV 89706